**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-6354**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ABEL PARAMA BORROMEO,

Defendant - Appellant.

---

**No. 95-7621**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ABEL PARAMA BORROMEO,

Defendant - Appellant.

---

Appeals from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden, II, Chief District Judge. (CR-89-241, CA-94-950, CA-95-755-2)

---

Submitted:  December 14, 1995          Decided:  January 2, 1996

---

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Abel Parama Borromeo, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTTORNEY, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying his 28 U.S.C. § 2255 (1988) motions. We have reviewed the record and the district court's opinions accepting the recommendations of the magistrate judge, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Borromeo, Nos. CR-89-241; CA-94-950; CA-95-755-2 (S.D.W. Va. Feb. 17, 1995 & Sept. 27, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED